
ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, ACTING CLERK OF BANKRUPTCY COURT

BY: /s/ Stephanie Pete
     Deputy Clerk

Dated: 12:53 PM May 24 2019

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br><br>Bryan V. Davis<br><br>                  DEBTOR(S) | ) CHAPTER 13<br>) CASE NO: 19-50377<br>)<br>) ALAN M. KOSCHIK<br>) BANKRUPTCY JUDGE<br>)<br>) AGREED ENTRY REQUIRING A MINIMUM<br>) POOL OF FUNDS TO BE PAID TO THE<br>) CLASS OF NON-PRIORITY UNSECURED<br>) CREDITORS PRIOR TO DEBTOR(S)<br>) EARNING A DISCHARGE |

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and the Debtor(s) in this case, by and through undersigned counsel and jointly state the following:

1. This Chapter 13 plan was filed on or about 02/26/2019.
2. The Debtor(s) own real property or personal property or have disposable income requiring a specific dollar amount to be paid to the class of all timely filed, undisputed, pre-petition, non-priority unsecured creditors in order for the plan to comply with 11 USC Section 1325(b)(1)(B) and/or 11 USC Section 1325(a)(4)
3. The item(s) requiring a specific dollar amount to be paid to the class of timely filed, undisputed, pre-petition, non-priority unsecured creditors is/are:

   DUE TO HIGH BUDGET ITEMS LISTED ON SCHEDULE J, SUCH AS $1,500 PER MONTH FOR FOOD, $250 PER MONTH FOR CLOTHING, AND $150 PER MONTH FOR PERSONAL CARE PRODUCTS

4. The Debtor(s) agree that the Debtor(s) shall not earn a discharge, until the class of all timely filed, undisputed, pre-petition, non-priority unsecured creditors share in a minimum pool of funds totaling $15,000.00.
5. The Chapter 13 Trustee is authorized to adjust the non-priority unsecured dividend

based on this agreed entry.
6. Nothing in this agreed entry shall prohibit the Debtor(s) from objecting to any claims that the Debtor(s) believes is improper or inaccurate.
7. The Trustee will recommend confirmation of this case, given the Debtor(s) agreement that all timely filed, undisputed, pre-petition, non-priority unsecured creditors must share in a pool of funds totaling a minimum $15,000.00.

WHEREFORE, the above agreed entry is well taken on the terms and conditions as stated herein. In order to earn a discharge in this case, all timely filed, undisputed, pre-petition, non-priority unsecured creditors shall share in a minimum pool of funds totaling $15,000.00.

###

Approved by,

| /s/ Keith L. Rucinski | _[signature]_ |
|---|---|
| Keith L. Rucinski, Chapter 13 Trustee | VANCE P TRUMAN |
| Ohio Reg. No. 0063137 | Counsel for the debtor |
| Joseph A. Ferrise, Staff Attorney | Ohio Reg. No. 0061526 |
| Ohio Reg., No 0084477 | 689 LAFAYETTE ROAD |
| Akron, OH 44308 | MEDINA, OH 44256 |
| Tel 330.762.6335 | Phone: 330.722.8877 |
| Fax 330.762.7072 | |
| krucinski@ch13akron.com | |
| jferrise@ch13akron.com | |

CHAPTER 13
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

<u>Via Regular Mail</u>

cc:

Bryan V. Davis
4365 Timberway Drive
Brunswick, OH 44212

VANCE P TRUMAN (via ECF at(medinaatty@vancetruman.com)
Attorney Amy Good, Office of the US Trustee via ECF at Amy.L.Good@usdoj.gov
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072