# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| BRIAN V. DAVIS ) | CASE NO: 19-50377 |
| Debtor(s) ) | |
| ) | |
| ) | JUDGE: ALAN M. KOSCHIK |
| ) | |
| ) | MOTION & NOTICE FOR |
| ) | AUTHORITY TO INCUR DEBT |
| ) | |

Now comes Debtor, Bryan V. Davis, by and through undersigned counsel, and hereby moves this Court for approval to purchase a home in the amount up to $356,125.00. The Debtor filed a petition under Chapter 13 of Title 11 of the United States Code (Bankruptcy Code") on February 26, 2019.

The Court has jurisdiction over this matter pursuant to 28 USC Sections 157 and 1334. Venue is proper pursuant to 28 USC Sections 1408 and 1409. This is a core proceeding pursuant to 28 USC Section 157(b)(2). The Debtor seeks authority to obtain pre-approval to purchase a home. Debtor currently owns real property located at 4365 Timberway Drive Brunswick, OH 44212 and known as parcel # 003-18A-04-181 in Medina County. Once Debtor has the pre-approval from the Court for a mortgage loan, Debtor will place his current residence up for sale and begin the search for a new home. Debtor's Attorney has made the Debtor aware, and Debtor fully understands that he must provide the buyers agreement once he does purchase a reside and Debtor's Attorney will file an amended Schedule I & J.

Debtor's Attorney has also made the Debtor aware, and Debtor fully understands

that once he accepts an offer on his current residence that he must provide that to his Attorney, so that his Attorney can file the required documents to obtain Court approval to sell his residence.

The term for the pre-approval for a mortgage loan are as follows: total amount financed up to $356,125.00. The monthly payment will be up to $2,505.65 with a fixed interest rate up to 3.750% for a term up to 360 months (See Exhibit A).

WHEREFORE, Debtor, prays this Court for an order allowing to obtain pre-approval to purchase real property. Debtor will provide the buyers agreement once he does purchase a residence and Debtor's Attorney will file an amended Schedule I & J. Pursuant to Title 11 USC § 102(1)(b)(i), unless a hearing is requested by a creditor or party in interest within twenty-one (21) days after notice hereof and for such other and further relief as the court deems just and proper herein.

Respectfully submitted,

/s/Vance P. Truman
VANCE P. TRUMAN (0061526)
689 Lafayette Road
Medina, OH 44256
Telephone: (330) 722-8877
Fax: (330) 722-3410
medinaatty@vancetruman.com

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| BRYAN V. DAVIS | ) CASE NO: 19-50377 |
| DEBTOR(S) | ) |
| | ) |
| | ) JUDGE: ALAN M. KOSCHIK |

---

Debtor has filed paper with the Court to obtain pre-approval to purchase real property.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant said Motion, or if you want the Court to consider your views on the Debtor(s) Chapter 13 plan then on or before (21 days from filing date of motion) **July 27, 2021** you or your attorney must file with the Court a written request for a hearing and a written response explaining your position at:

> US Bankruptcy Court
> 455 Federal Building
> 2 South Main Street
> Akron, Ohio 44308

You must also mail a copy to:

| Debtor(s) Attorney | Chapter 13 Trustee |
|---|---|
| Vance P. Truman | Keith L. Rucinski |
| 689 Lafayette Road | One Cascade Plaza, Ste. 2020 |
| Medina, Ohio 44256 | Akron, Ohio 44308 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

July 6, 2021

/s/Vance P. Truman
VANCE P. TRUMAN (0061526)
Attorney for Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify on July 6, 2021, a copy of the Motion for Authority to Purchase Vehicle/Incur Debt together with the Notice thereof, was sent via ECF electronic transmission and US mail, postage prepaid, as follows:

U.S. Trustee
**electronic notification**

Keith Rucinski, Trustee
**electronic notification**

Regular U.S. Mail to the following:

Bryan V. Davis
4365 Timberway Drive
Brunswick, OH 44212
Debtor(s)

All Creditors (see attached)

/s/Vance P. Truman
VANCE P. TRUMAN (0061526)
689 Lafayette Road
Medina, OH 44256
Telephone: (330) 722-8877
Fax: (330) 722-3410
medinaatty@vancetruman.com

Your actual rate, payment, and cost could be higher. Get an official Loan Estimate before choosing a loan.

# FEES WORKSHEET
## Fee Details and Summary

Exhibit A

| Applicants: | Bryan V Davis | | Application No: | davis, bryan |
| Prepared By: | Peoples Bank Ph. 855-406-0197 | | Date Prepared: | |
| | 4401 Belle Oaks Drive, Suite 210, North Charleston, SC 29405-8504 | | Loan Program: | FHA |

This "Fees Worksheet" is provided for informational purposes ONLY, to assist you in determining an estimate of cash that may be required to close and an estimate of your proposed monthly mortgage payment. Actual charges may be more or less, and your transaction may not involve a fee for every item listed.

Total Loan Amount: $ 356,125     Interest Rate: 3.750 %     Term/Due In: 360 / 360 mths

| Fee | Paid To | Paid By (Fee Split**) | | Amount | PFC / F / POC |
|---|---|---|---|---|---|
| **ORIGINATION CHARGES** | | | | | |
| Processing Fee | Peoples Bank | Borrower | | $ 898.00 | √ |
| Underwriting Fee | Peoples Bank | Borrower | | $ 996.00 | √ |
| **OTHER CHARGES** | | | | | |
| Appraisal Fee | | Borrower | | $ 565.00 | |
| Flood Certification Fee | CoreLogic | Borrower | | $ 15.00 | √ |
| Up-Front Mortgage Insurance | HUD | Borrower | | $ 6,125.00 | √ |
| Appraisal - Final Inspection | | Borrower | | $ 185.00 | |
| Lender's Title Insurance | ResTitle | Borrower | | $ 1,192.50 | |
| Title - Closing Protection Letter | ResTitle | Borrower | | $ 40.00 | √ |
| Title - Default Endorsements | ResTitle | Borrower | | $ 200.00 | |
| Title - Notary Fee | ResTitle | Borrower | | $ 50.00 | √ |
| Title - Settlement Fee | ResTitle | Borrower | | $ 660.00 | √ |
| Title - Title Search Fee | ResTitle | Borrower | | $ 300.00 | |
| Pest Inspection Fee | Terminix | Borrower | | $ 150.00 | |
| Mortgage Recording Charge | Clerk Of The Court | Borrower | | $ 260.00 | |
| County Tax | Clerk Of The Court | | | $ 0.00 | |
| State Tax | Clerk Of The Court | | | $ 0.00 | |
| Daily Interest Charges | Peoples Bank | Borrower | $ 36.59 x 15 day(s) | $ 548.85 | √ |
| Hazard Insurance Premium | | Borrower | $ 125.00 x 12 mth(s) | $ 1,500.00 | |
| Hazard Insurance Reserves | Peoples Bank | Borrower | $ 125.00 x 3 mth(s) | $ 375.00 | |
| County Property Tax Reserves | Peoples Bank | Borrower | $ 500.00 x 3 mth(s) | $ 1,500.00 | |
| Owner's Title Insurance | ResTitle | Borrower | | $ 745.00 | |
| Home Inspection | | Borrower | | $ 395.00 | |
| Water Test | | Borrower | | $ 200.00 | |

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|---|---|
| Purchase Price (+) | 400,000.00 | Loan Amount (-) | 356,125.00 | Principal & Interest | 1,649.27 |
| Alterations (+) | | | | Other Financing (P & I) | |
| Land (+) | | | | Hazard Insurance | 125.00 |
| Refi (incl. debts to be paid off) (+) | | | | Real Estate Taxes | 500.00 |
| Est. Prepaid Items/Reserves (+) | 3,923.85 | | | Mortgage Insurance | 231.38 |
| Est. Closing Costs (+) | 6,851.50 | | | Homeowner Assn. Dues | |
| PMI, MIP, Funding Fee (+) | 6,125.00 | | | Other | |

| Total Estimated Funds needed to close | | 60,775.35 | Total Monthly Payment | 2,505.65 |
|---|---|---|---|---|

\* PFC = Prepaid Finance Charge     F = FHA Allowable Closing Cost     POC = Paid Outside of Closing
\*\* B = Borrower   S = Seller     Br = Broker     L = Lender     TP = Third Party     C = Correspondent
Calyx Form - FEEWS_trid.frm (07/2016)

| | | |
|---|---|---|
| Bastion Funding Ohio I LLC<br>One Atlantic Street, 6th Floor<br>Stamford, CT 06901 | Big Picture Loans<br>Customer Support<br>PO Box 704<br>Watersmeet, MI 49969 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | CashNetUSA<br>175 West Jackson, Ste 1000<br>Chicago, IL 60604 | Check n Go<br>4540 Cooper Road, Suite 200<br>Cincinnati, OH 45242 |
| Citibank North America<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179 | Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH 44101-6410 | Client Services Inc<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301 |
| Credit Control<br>P.O. Box 31179<br>Tampa, FL 33631 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193 | D&A Plumbing & Heating Inc<br>6929 Portage Road NW<br>North Canton, OH 44720 |
| Elastic<br>c/o Republic Bank & Trust Co<br>PO Box 950276<br>Louisville, KY 40295 | FFPM Carmel Holding<br>c/o HSBC<br>2800 N 44th Street #310<br>Phoenix, AZ 85008 | Firefighters Community Credit Union<br>2300 St Clair Avenue<br>Cleveland, OH 44114 |
| First Federal Credit Control<br>24700 Chagrin Blvd. Suite 205<br>Cleveland, OH 44122 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117 | Full Circle Financial Services LLC<br>PO Box 2365<br>Oldsmar, FL 34677 |
| John A. Burke<br>Medina County Treasurer<br>144 N Broadway Street<br>Medina, OH 44256 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603 |
| Majestic Lake Financial Inc<br>635 East Hwy 20<br>Upper Lake, CA 95485 | Medina County Clerk of Courts<br>93 Public Square<br>Medina, OH 44256 | Medina General Hospital<br>Attn: Patient Accounts<br>1000 E. Washington Street<br>Medina, OH 44256 |
| Medina Municipal Court<br>135 N. Elmwood Avenue<br>Medina, OH 44258 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804 | MobiLoans<br>P.O. Box 1409<br>Marksville, LA 71351 |
| Mobiloansllc<br>P.O. Box 1409<br>Marksville, LA 71351 | MOHELA/Debt of Ed<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005 | Northstar Location Services, LLC**<br>Attn: Financial Services Dept<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 |

| | | |
|---|---|---|
| Ohio Department of Taxation **<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708 | Phoenix Financial Services LLC<br>PO Box 361450<br>Indianapolis, IN 46236-1450 |
| Receivable Outsourcing LLC<br>PO Box 62850<br>Baltimore, MD 21264 | Resurgent Capital Services<br>PO Box 1410<br>Troy, MI 48099-1410 | Riverbend Finance LLC<br>PO Box 557<br>Hays, MT 59527 |
| Rushmore Service Center<br>P.O. Box 5507<br>Sioux Falls, SD 57117-5507 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT 84165 | SkyTrailCash<br>c/o Ningodwaaswi LLC<br>PO Box 1115<br>Lac Du Flambeau, WI 54538 |
| Southwest General<br>18697 Bagley Road<br>Cleveland, OH 44130 | Speedy Cash<br>3527 N Ridge Road<br>Wichita, KS 67205 | Spotloan<br>P.O. Box 927<br>Palatine, IL 60078 |
| State Farm Mutual Auto Insurance Co<br>PO Box 3020<br>Newark, OH 43058 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | Syncb/Levin Furniture<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 | Tebo Financial Services, Inc.<br>Attn: Bankruptcy<br>801 Dressler Rd Nw, Ste #194<br>Canton, OH 44718 |
| US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623 | |