**SPS** | SELECT Portfolio SERVICING, inc.  
P.O. Box 65250  
Salt Lake City, UT 84165-0250  
www.spservicing.com

Sign up for paperless delivery at www.spservicing.com — Paperless

# Mortgage Statement
Statement Date: 07/15/2022
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

*For other important information, see reverse side*

+ 2069623 000025355 1041 P2

Bryan V Davis
4365 Timberway Dr
Brunswick, OH 44212-2081

25355

| | |
|---|---|
| Account Number | 3 |
| Property Address | 4365 TIMBERWAY DRIVE BRUNSWICK OH 44212 |
| Post Petition Due Date | 07/01/2022 |
| Statement Due Date | 08/01/2022 |
| **Payment Amount** | **$1,269.64** |

## Explanation of Payment Amount (Post Petition)

| | | |
|---|---|---|
| Principal | | $355.42 |
| Interest | | $596.90 |
| Escrow (Taxes and Insurance) | | $0.00 |
| **Regular Monthly Payment** | | **952.32** |
| Other Charges and Fees | | $0.00 |
| Charges / Fees this Period | $0.00 | |
| Past Unpaid Amount(s) | | $952.32 |
| Unapplied Payment(s) | | $635.00 |
| **Total Payment Amount** | | **$1,269.64** |

The Payment Amount does not include any amount that was past due before you filed for bankruptcy.

## Account Information

| | |
|---|---|
| Interest Bearing Principal | $168,892.20 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $168,892.20 |
| Interest Rate (Fixed) | 4.250% |
| Post Petition Interest Rate | 4.250% |
| Prepayment Penalty | No |

## Bankruptcy Message

**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

## Transaction Activity (06/15/2022 to 07/15/2022)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 06/15 | BEG BALANCE | $169,245.12 | $1,197.55 | $0.00 | $0.00 | ($635.00) | $3.67 | $169,811.34 |
| 06/17 | PAYMENT | (352.92) | (599.40) | 0.00 | 0.00 | 0.00 | 0.00 | (952.32) |
| 07/15 | ENDING BALANCE | $168,892.20 | $598.15 | $0.00 | $0.00 | ($635.00) | $3.67 | $168,859.02 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $352.92 | $2,098.90 |
| Interest | $599.40 | $3,615.02 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$952.32** | **$5,713.92** |
| Total Unapplied Balance | $635.00 [3] | |

## Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com. For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

## Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $0.00 |
| Total Paid During Bankruptcy | $10,639.64 |
| Current Balance | $-5,030.00 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payments.

*Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.*

Change of address or telephone? If so, check here